GLR/byk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

STACEY W. BRACKENS,

        Plaintiff,

                              CIVIL ACTION

v.

                              No:  06-2241-JWL-DJW

JONATHAN M. STEWART, and
LILLIA MAY LEWIS BRACKENS,

        Defendants.

## **ORDER**

This matter comes before the Court on Plaintiff's Motion Seeking the Court to Consider (doc. 8). Plaintiff requests that the Court order both *pro se* Defendants to retain their own counsel in this action.

28 U.S.C. § 1654 provides that in all courts of the United States "the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein." Thus, each *pro se* Defendant has a right to conduct his or her own defense personally and without counsel.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion Seeking the Court Consider (doc. 8) is DENIED.

Dated in Kansas City, Kansas on this 22nd day of August, 2006.

                                                  s/ Gerald L. Rushfelt
                                                  Gerald L. Rushfelt
                                                  United States Magistrate Judge